United States Courts
Southern District of Texas
ENTERED

OCT 0 8 2003

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

107

| | | |
|---|---|---|
| DALTON ARSEMENT, JR. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-02-774 |
| | § | |
| SPINNAKER EXPLORATION COMPANY, L.L.C., *et al.* | § | |

**INTERIM JUDGMENT ON JURY VERDICT**

This action came on for trial before the Court and a Jury, Honorable Samuel B. Kent, United States District Judge presiding, commencing on October 6, 2003, and the issues having been duly tried and the Jury having duly rendered its verdict, it is

**ORDERED, ADJUDGED** and **DECREED** that Plaintiff shall have and recover of and from Defendants, Spinnaker Exploration Company, L.L.C., Joe Nowiczewski, Individually and d/b/a Noval Consulting Services, and White Wing Consultants, jointly and severally, judgment in the amount of **Two Million Five Hundred One Thousand Eighty-nine and 90/100 Dollars ($2,501,089.90)**, together with taxable costs of Court, together with pre and post judgment interest as provided by law. This is an **INTERIM JUDGMENT** only, pending further Order of the Court and no execution shall be had hereupon. It is further

**ORDERED, ADJUDGED** and **DECREED** that Plaintiff shall tender to the Court a proposed Final Judgment in this action which shall reflect said Judgment not later than October 17, 2003, together with a Bill of Costs with appropriate supports and Defendants are **ORDERED** to

submit a response thereto not later than October 24, 2003. The Court will, upon consideration thereof, enter Final Judgment forthwith.

**IT IS SO ORDERED.**

**DONE** at Galveston, Texas, this the 8th day of October, 2003.

SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE