United States Courts
Southern District of Texas
ENTERED

JAN 2 7 2004

Michael N. Milby, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

144

| | | |
|---|---|---|
| DALTON ARSEMENT, JR. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-02-774 |
| | § | |
| SPINNAKER EXPLORATION COMPANY, L.L.C., *et al.* | § | |

## FINAL JUDGMENT

This cause, wherein Plaintiff alleges serious maritime personal injuries, came on for jury trial before this Court, on October 6, 2003, Honorable Samuel B. Kent presiding. Plaintiff was awarded a gross total, by the Jury, of Two Million Six Hundred Eighty-Nine Thousand Three Hundred Forty-Four and no/100 Dollars ($2,689,344.00). On January 12, 2004 (Instrument No. 142), this Court entered an Order Granting Defendant's Motion for New Trial Unless Plaintiff Accepts Remittitur Provided Herein, reducing that gross award to One Million Six Hundred Fifty-Nine Thousand Five Hundred and no/100 Dollars ($1,659,500.00). In such Order, the Court made it clear that it was not adjusting liability apportionment, but only the gross Jury Award.

The Court gave Plaintiff ten (10) days in which to either accept the Court's Order of Remittitur, or face new trial on all issues. On January 16, 2004, Plaintiff submitted timely acceptance of the Court's suggested remittitur. It is accordingly

**ORDERED, ADJUDGED AND DECREED** that Defendants' Motion for New Trial is respectfully **DENIED**. It is further

**ORDERED, ADJUDGED AND DECREED** that in light of Plaintiff's timely acceptance of Remittitur, and assessing against Plaintiff the seven percent (7%) contributory negligence found by the Jury, Plaintiff Dalton Arsement, Jr. shall have and recover, jointly and severally, of and from Defendants Spinnaker Exploration Company, L.L.C., White Wing Consultants and Joe Nowiczewski, Individually and d/b/a Nova Consulting Services, the total amount of One Million Five Hundred Five Hundred Forty-Three Thousand Three Hundred Thirty-Five and no/100 Dollars ($1,543,335.00). Plaintiff shall also have and recover of and from each and all of the Defendants, jointly and severally, applicable pre-judgment interest calculated at five percent (5%) on all past damages, together with taxable costs in the amount of Fourteen Thousand Eight Hundred Fifty and 16/100 Dollars ($14,850.16), together with post-judgment interest, until said Judgment is fully satisfied, at the rate of 1.2975 percent (1.2975%) per annum, compounded, for recovery of all of such. Let execution issue on such Judgment if not timely satisfied.

**THIS IS A FINAL JUDGMENT. ALL RELIEF NOT HEREIN EXPRESSLY PROVIDED FOR IS DENIED.**

**DONE** at Galveston, Texas this the 26th day of January, 2004.

SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE